# EXHIBIT "A"

EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GLORIA SPICE, on behalf of herself and all Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLATT, HASENMILLER, LEIBSKER & MOORE LLC,<br><br>Defendant. | Case No. 1:16-cv-00366-WCL-SLC |

## RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the named Defendant, BLATT, HASENMILLER, LEIBSKER & MOORE LLC, by its attorney, Jennifer Kalas, hereby offers to allow judgment to be taken against it and in favor of plaintiff, as follows:

1. Plaintiff, individually, to recover $1,100.00 in damages, as well as all reasonable attorneys' fees and costs.

2. This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
Jennifer Kalas (17396-64)
jkalas@hinshawlaw.com
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
219-864-5051

## CERTIFICATE OF SERVICE

I certify that on the 9th day of June, 2017, a copy of the foregoing RULE 68 OFFER OF JUDGMENT was served on Plaintiff's counsel via US Mail and electronic mail.

HINSHAW & CULBERTSON LLP

By: _____
Jennifer Kalas

Russell S. Thompson: rthompson@consumerlawinfo.com

Joseph Panvini: jpanvini@consumerlawinfo.com

300050804v1 0993070